IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER BANKS

VS.                                         CIVIL ACTION NO. 2:20-cv-29-KS-MTP

CITY OF PETAL, MISSISSIPPI
AND OFFICER JACKSON

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on April 13, 2021, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and Defendants' Motion for Summary Judgment [21] is GRANTED. Plaintiff's claims against Defendant LeByron Jackson are DISMISSED with prejudice. Plaintiff's claims against the City of Petal, Mississippi, arising out of the conduct of Defendant LeByron Jackson are DISMISSED with prejudice. This action shall continue pending further consideration by the Court to determine whether Officers Cody Pitts and Clay Sullivan should be added as defendants and whether Plaintiff is asserting claims against the City of Petal arising out of the conduct of these officers.

SO ORDERED, this the  28th    day of June, 2021.

                                                     s/Keith Starrett
                                            UNITED STATES DISTRICT JUDGE